**Opinion filed September 21, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00357-CR
_____

### THE STATE OF TEXAS, Appellant
### V.
### MATTHEW DAVID COUNTS, Appellee

**On Appeal from the 142nd District Court**
**Midland County, Texas**
**Trial Court Cause No. CR58388**

## MEMORANDUM OPINION

The State has filed a motion to dismiss this appeal. In its motion, the State requests that the present appeal be dismissed pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a).

We grant the State's motion and dismiss the appeal.

W. STACY TROTTER

September 21, 2023                    JUSTICE

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.